THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

EXPRESS HOMEBUYERS USA, LLC,  )
    Plaintiff,  )
      )   Case No. 1:17-cv-736
    v.  )
      )
WBH MARKETING INC.,  )
    Defendant.  )

## ORDER

The parties have notified the Court that they wish to attend a settlement conference before United States Magistrate Judge Michael S. Nachmanoff.

To facilitate the parties' request,

It is hereby **ORDERED** that this matter is **REFERRED** to Judge Nachmanoff for the limited purpose of conducting a settlement conference.

It is further **ORDERED** that the parties should immediately contact Judge Nachmanoff's chambers to schedule a settlement conference, which will be held at his convenience.

The Clerk of Court is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
March 27, 2018

T. S. Ellis, III
United States District Judge