| | |
|---|---|
| Date: 3/30/2018 | Judge: <u>Ivan D. Davis</u> |
| | Reporter: <u>FTR</u> |

Start: 10:55 a.m.
Finish: 11:35 a.m.

Civil Action Number: 1:17-cv-736

Express Homebuyers USA, LLC

vs.

WBH Marketing, Inc.

Appearances of Counsel for (x) Pltf (x) Deft

Motion argued and:

[101] Defendant's Motion for a Protective Order to Enforce Compliance-**DENIED**.

Oral Motion reopen discovery – GRANTED.

 (x) Order to Follow