IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| EXPRESS HOMEBUYERS USA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> WBH MARKETING, INC., <br><br> Defendant. <br><br> WBH MARKETING, INC., <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> EXPRESS HOMEBUYERS USA, LLC and LAWRENCE BRADFORD CHANDLER, LLC III, <br><br> Counterclaim Defendants. | Civil Action No. 1:17-cv-00736 (TSE/IDD) |

## ORDER

FOR REASONS stated from the bench and in accord with specific rulings and instructions thereto, it is hereby

**ORDERED** that Defendant and Counterclaim Plaintiff's Motion to Enforce Compliance with Court's Orders, or in the Alternative, Require that Express Homebuyers USA, LLC Seek Leave to Re-Open Non-Party Deposition After Close of Discovery [Dkt. No. 101] is **DENIED**. It is hereby further

**ORDERED** that Plaintiff and Counterclaim Defendants' Opposition [Dkt. No. 107], which the Court interprets as an oral motion to re-open discovery for the sole purpose of conducting a three-hour deposition of Mr. Howard Gordon, is **GRANTED**. The deposition will

take place no later than Friday, April 6, 2018. There will be no further extensions of discovery.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 30th day of March 2018.

                                            /s/
                                  Ivan D. Davis
                                  United States Magistrate Judge

Alexandria, Virginia