UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| EXPRESS HOMEBUYERS USA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>WBH MARKETING, INC.,<br><br>    Defendant.<br><hr>WBH MARKETING, INC.,<br><br>    Counterclaim Plaintiff,<br><br>v.<br><br>EXPRESS HOMEBUYERS USA, LLC, and<br>LAWRENCE BRADFORD CHANDLER III,<br><br>    Counterclaim Defendants. | Civil Action No. 1:17-cv-00736-TSE-IDD<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT AND COUNTERCLAIM PLAINTIFF WBH MARKETING, INC.'S
NOTICE OF WAIVER OF ORAL ARGUMENT ON
<u>MOTION TO SUPPLEMENT THE RECORD ON SUMMARY JUDGMENT</u>**

Defendant and Counterclaim Plaintiff WBH Marketing, Inc. ("WBH") hereby waives oral argument on its Motion to Supplement the Record on Summary Judgment (Docket No. 114).

May 24, 2018          Respectfully submitted,

                   /s/ *Joshua Counts Cumby*
              Joshua Counts Cumby (VA Bar No. 82021)
              Damon W.D. Wright (VA Bar No. 40319)
              Roger A. Colaizzi (VA Bar No. 32651)
              VENABLE LLP
              600 Massachusetts Avenue NW
              Washington, DC 20001

(202) 344-4000 telephone
(202) 344-8300 fax
dwdwright@venable.com
jccumby@venable.com

*Counsel for Defendant and Counterclaim Plaintiff
WBH Marketing, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of electronic filing to all counsel of record.

        /s/ *Joshua Counts Cumby*
Joshua Counts Cumby (VA Bar No. 82021)
Damon W.D. Wright (VA Bar No. 40319)
Roger A. Colaizzi (VA Bar No. 32651)
VENABLE LLP
600 Massachusetts Avenue NW
Washington, DC 20001
(202) 344-4000 telephone
(202) 344-8300 fax
dwdwright@venable.com
jccumby@venable.com

*Counsel for Defendant and Counterclaim Plaintiff WBH Marketing, Inc.*