**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| EXPRESS HOMEBUYERS USA, LLC,<br>　　　　*Plaintiff*,<br><br>v.<br><br>WBH MARKETING, INC.,<br>　　　　*Defendant*. | Case No. 1:17-cv-00736-TSE-IDD<br><br>ECF CASE |
| WBH MARKETING, INC.,<br>　　　　*Counterclaim Plaintiff*,<br><br>v.<br><br>EXPRESS HOMEBUYERS USA, LLC and<br>LAWRENCE BRADFORD CHANDLER, III,<br>　　　　*Counterclaim Defendants*. | |

**PLAINTIFF/COUNTERCLAIM DEFENDANTS'
NOTICE OF WAIVER OF ORAL ARGUMENT ON
MOTION TO SUPPLEMENT THE RECORD ON SUMMARY JUDGMENT**

Plaintiff/Counterclaim Defendants Express Homebuyers USA, LLC ("EHB") and Lawrence Bradford Chandler, III ("Chandler"), by and through undersigned counsel, hereby waive oral argument on their Motion to Supplement the Record on Summary Judgment and memorandum in support thereof (filed on May 23, 2018, D.E. 112-113).

Dated: May 24, 2018

Respectfully submitted,

*/s/    Joseph J. Aronica*
DUANE MORRIS LLP
Joseph J. Aronica (VSB No. 02548)
Ugo Colella (admitted *pro hac vice*)
505 9th Street, N.W., Suite 1000
Washington, D.C. 20004
Phone:  (202) 776-7824
Fax:  (202) 478-1885
Email:  jjaronica@duanemorris.com
　　　　ucolella@duanemorris.com

Nicole K. McLaughlin (admitted *pro hac vice*)
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, Pennsylvania 19103-4196
Phone: (215) 979-1191
Fax: (215) 689-4934
Email: nkmclaughlin@duanemorris.com

John J. Zefutie, Jr. (admitted *pro hac vice*)
DUANE MORRIS LLP
One Riverfront Plaza
1037 Raymond Boulevard, Suite 1800
Newark, New Jersey 07102-5429
Phone: (973) 424-2039
Fax: (973) 556-1499
Email: jjzefutie@duanemorris.com

*Attorneys for Plaintiff/Counterclaim Defendant Express Homebuyers USA, LLC and Counterclaim Defendant Lawrence Bradford Chandler, III*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing was filed electronically via the Court's CM/ECF system on this 24th day of May, 2018 and served on all counsel of record via same.

/s/   *Joseph J. Aronica*
Joseph J. Aronica