THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| EXPRESS HOMEBUYERS USA, LLC, )<br>    Plaintiff, )<br>  )<br>  ) Case No. 1:17-cv-736<br>v. )<br>  )<br>WBH MARKETING INC., )<br>    Defendant. ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion of even date,

It is hereby **ORDERED** that plaintiff's motion for summary judgment (Doc. 64) is **GRANTED** as to Counts I and II of the First Amended Complaint.

It is further **ORDERED** that plaintiff's motion for summary judgment is **GRANTED IN PART** as to Counts I, II and IV of the First Amended Counterclaims and held in abeyance as to Counts III, V, VI, VII, VIII and IX of the First Amended Counterclaims.

It is further **ORDERED** that defendant's cross-motion for summary judgment (Doc. 82) is **DENIED** as to Counts I and II of the First Amended Complaint.

It is further **ORDERED** that defendant's cross-motion for summary judgment is **DENIED IN PART** as to Count I of the First Amended Counterclaim and held in abeyance as to Counts VIII and IX of the First Amended Counterclaims.

It is further **ORDERED** that plaintiff's pending motion to dismiss (Doc. 60) is held in abeyance as to Counts III, VIII and IX of the First Amended Counterclaims.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
August 14, 2018

/s/
_____
T. S. Ellis, III
United States District Judge